UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------x

KEVIN WOODS, :

                Plaintiff, :

          v. :

ANDREW M. SAUL, :
Commissioner of Social Security,
                        :
                Defendant.
                        :
---------------------------------x

**REVISED SCHEDULING ORDER**

19 Civ. 3368 (JGK)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/12/2020

           IT IS HEREBY ORDERED, that the schedule for this case is amended as follows:

1. Defendant shall file a cross-motion for judgment on the pleadings by April 17, 2020.

4. Plaintiff shall file any reply by May 8, 2020.

           So Ordered.

Dated:    New York, New York
           March _11_, 2020

                                            JOHN G. KOELTL
                                            UNITED STATES DISTRICT JUDGE