# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

KEVIN WOODS,

                      Plaintiff,                       19 **CIVIL** 3368 (SN)

              -against-                       **JUDGMENT**

ANDREW M. SAUL,
Commissioner of Social Security,

                     Defendant.

-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons set forth in the Court's Opinion and Order dated March 5, 2021, Woods's motion is GRANTED and the Commissioner's motion is DENIED. The matter is REMANDED for further proceedings consistent with this opinion.

**Dated:** New York, New York
           March 5, 2021

                                                          **RUBY J. KRAJICK**

                                                          **Clerk of Court**
                                         **BY:**
                                                          **Deputy Clerk**